MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
mike@righettilaw.com

Attorney for Plaintiff
Chris Romero

JEFFREY D. WOHL (Cal. State Bar No. 096838)
GINA GUARIENTI COOK (Cal. State Bar No. 245611)
JULLIE Z. LAL (Cal. State Bar No. 279067)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
ginacook@paulhastings.com
jullielal@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO AZUCENA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RITE AID CORPORATION,<br><br>　　　　Defendant. | No. 2:14-cv-04353-MWF-(JEMx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Judge:　Hon. Michael W. Fitzgerald |

1  Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2  Stipulated Protective Order.
3
4  Dated: March 10, 2016
5  
   _____
   John E. McDermott
6  United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28